IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 23 C 4217 |
| PHOENIX ENERGY SERVICES, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 28, 2023, request this Court enter judgment against Defendant, PHOENIX ENERGY SERVICES, INC., an Illinois corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On August 28, 2023, this Court entered default against Defendant.

2. In or around December 28, 2021, Plaintiffs' auditors completed an audit of Defendant's payroll books and records for the time period May 1, 2019 through May 31, 2021. Thereafter, on or about January 26, 2023, the parties entered into a Settlement and Release Agreement wherein the parties agreed that the Defendant was delinquent in contributions, liquidated damages, interest, audit fees and attorneys' fees in the total amount of $29,366.88, which included $28,130.84 for principal and $1,236.04 for interest (See Affidavit of Deborah L. French).

3. Defendant was to submit 12 monthly installments from February 1, 2023 through January 1, 2024, each in the amount of $2,447.24. Defendant submitted four installments of

$2,447.24 on February 14, 2023, February 20, 2023, February 24, 2023 and April 1, 2023. However, one of the aforementioned installments was by a check made payable to Plaintiffs' counsel, Baum Sigman Auerbach & Neuman, Ltd. Plaintiffs' counsel deposited the check into its client trust account and thereafter wrote a check in the amount of $2,447.24 to the Plaintiff Funds. After Plaintiffs' counsel wrote a check from the client trust fund account to the Plaintiff Funds, Plaintiffs' counsel learned that Defendant's check made payable to Plaintiffs' counsel's law firm was returned "non-sufficient funds." Plaintiffs' counsel sent Defendant's counsel numerous messages advising that the installment payment was returned "NSF" and requested that Defendant replace the payment of $2,447.24, which was due and owing to Plaintiffs' counsel's law firm (French Aff. Par. 6). Defendant failed and/or refused to replace the check.

4. Since Defendant only submitted three installments of $2,471.25 each, for a total of $7,341.72), there remains $22,025.16 due and owing pursuant to the terms of the Settlement and Release Agreement.

5. Plaintiffs' firm has expended $467.00 for costs and $2,471.25 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $24,963.41.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $24,963.41.

/s/ Catherine M. Chapman

2

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 1st day of September 2023:

    Ms. Lori Bankson, Registered Agent/President
    Phoenix Energy Services, Inc.
    13751 Ash Road
    Genoa, IL   60135-8315


    /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Phoenix Energy\2021\motion for entry of judgment.cmc.df.wpd